UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24172-UU

CARMEN M. RAMOS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.  On January 19, 2016, the Court issued its Order Referring Case to Mediation.  D.E. 20.  As per the Court's Scheduling Order, the deadline for discovery is June 17, 2016, and the mediation must commence no later than fifteen (15) days following the discovery deadline.  D.E. 20.  To date, Plaintiff has not informed the Court when the mediation will take place.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Friday, April 1, 2016**, as to why the parties have failed to schedule mediation.  **Alternatively**, Plaintiff SHALL file a Proposed Order Scheduling Mediation by that date.  Failure to comply with this Order will result in the immediate dismissal of this case without further notice.

DONE AND ORDERED in Chambers, Miami, Florida, this _25th_ day of March, 2016.

*/s/ Ursula Ungaro*

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.